IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GRANT POLLET, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. A-10-CA-580-SS |
| § | |
| AURORA LOAN SERVICES, § | |
| § | |
| Defendant. § | |

## ORDER GRANTING AURORA LOAN SERVICES, LLC'S MOTION TO DISMISS

The Court having considered Defendant, Aurora Loan Services, LLC's Motion to Dismiss or, in the Alternative, for a More Definite Statement ("Motion"), finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss is granted, and that Plaintiff, Grant Pollet's, Original Petition is hereby dismissed with prejudice for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, and for failure to comply with the pleading requirements of Federal Rule of Civil Procedure 8.

Signed: _____, 2010

_____
Judge Presiding

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GRANT POLLET, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. A-10-CA-580-SS |
| | § | |
| AURORA LOAN SERVICES, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING AURORA LOAN SERVICES, LLC'S MOTION TO DISMISS OR, IN THE ALTENRATIVE, FOR A MORE DEFINITE STATEMENT**

The Court having considered Defendant, Aurora Loan Services, LLC's Motion to Dismiss or, in the Alternative, for a More Definite Statement ("Motion"), finds that such Motion should be GRANTED in part.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff, Grant Pollet., amend his complaint as set forth in the Motion and that Plaintiff, Grant Pollet, file and serve the amended complaint within fourteen (14) days from the date of this order or else this case will be dismissed.

Signed: _____, 2010

_____
Judge Presiding

P:\LITIGATE\10\0059\Order More Definite Statement.doc

ORDER GRANTING AURORA LOAN SERVICES, LLC'S'
MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A
MORE DEFINITE STATEMENT                                                                 1 OF 1